958

No. 646.  UNITED STATES *v.* SPEERS, TRUSTEE IN BANK-RUPTCY.  C. A. 6th Cir.  Certiorari granted.  *Solicitor General Cox, Assistant Attorney General Oberdorfer* and *I. Henry Kutz* for the United States.  *Robert B. Gosline* for respondent.

No. 644.  UNITED GAS IMPROVEMENT CO. *v.* CONTINENTAL OIL CO. ET AL.; and
No. 693.  FEDERAL POWER COMMISSION *v.* MARR ET AL.  C. A. 5th Cir.  Certiorari granted.  The cases are consolidated and a total of two hours is allotted for oral argument.  *William T. Coleman, Jr., Richardson Dilworth* and *Harold E. Kohn* for petitioner in No. 644.  *Solicitor General Cox, Ralph S. Spritzer, Frank Goodman, Richard A. Solomon, Howard E. Wahrenbrock* and *Peter H. Schiff* for petitioner in No. 693.  *John A. Ward III, Herf M. Weinert, Bruce R. Merrill, W. McIver Streetman, Stanley M. Morley, Robert E. May* and *W. D. Deakins, Jr.,* for respondents in both cases.  ·Reported below: 336 F. 2d 320.

No. 652.  UNITED STEELWORKERS OF AMERICA, AFL–CIO *v.* R. H. BOULIGNY, INC.  C. A. 4th Cir.  Certiorari granted.  MR. JUSTICE GOLDBERG took no part in the consideration or decision of this petition.  *David E. Feller, Elliot Bredhoff, Jerry D. Anker* and *Michael H. Gottesman* for petitioner.  *Joseph W. Grier, Jr.,* for respondent.

No. 228, Misc.  CASE *v.* NEBRASKA.  Motion for leave to proceed *in forma pauperis* and petition for writ of certiorari to the Supreme Court of Nebraska granted.  Case transferred to the appellate docket.  Petitioner *pro se.*  *Clarence A. H. Meyer,* Attorney General of Nebraska, and *C. C. Sheldon,* Assistant Attorney General, for respondent.